# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-3119

_____

| | | |
|---|---|---|
| Jerry Alexander, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Harsco Corporation, also known as | * | |
| Heckett Multiserve, also known as | * | [UNPUBLISHED] |
| Heckett Slag Products, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: August 4, 2005
Filed: August 10, 2005

_____

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Jerry Alexander appeals the district court's[1] adverse grant of summary judgment in his Age Discrimination in Employment (ADEA) and Americans with Disabilities Act (ADA) lawsuit. Alexander sued Harsco Corporation (Harsco) after he was terminated as part of a reduction in force. Having carefully reviewed the record, see Evers v. Alliant Techsystems, Inc., 241 F.3d 948, 953 (8th Cir. 2001)

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

(standard of review), we agree with the district court's thorough analysis of Alexander's ADEA and ADA claims.  We also find no abuse of discretion in the district court's decision to grant Harsco's motion to strike Brenda Hitt's affidavit. See Yates v. Rexton, Inc., 267 F.3d 793, 802 (8th Cir. 2001) (standard of review).

Accordingly, we affirm.  See 8th Cir. R. 47B.

_____